An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FIRST MORTGAGE CORPORATION, A
CALIFORNIA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MICHAEL
VILLANI, DISTRICT JUDGE,
Respondents,
and
SATICOY BAY LLC SERIES 1828 LA
CALERA; AND EL DORADO THIRD CA,
Real Parties in Interest.

No. 68377

**FILED**

AUG 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original writ petition challenges a district court order dismissing a fraudulent conveyance counterclaim[1] and denying a motion for summary judgment in a real property action. Having considered the petition, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844

---

[1]Based on pages four and five of the district court's order, it is unclear whether the district court also dismissed the commercial reasonableness-based counterclaim.

15-23311

(2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Michael Villani, District Judge
     McCarthy & Holthus, LLP/Las Vegas
     Boyack & Taylor
     Law Offices of Michael F. Bohn, Ltd.
     Eighth District Court Clerk